# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In Re:  CARL JOE JETT            )
       DEBRA KAY JETT          )   Case No. 15-41586
           Debtors           )

## AMENDMENT TO CHAPTER 13 PLAN

**COME NOW** Debtors, Carl Joe Jett and Debra Kay Jett, by and through Counsel, and amend their Chapter 13 Plan to reflect the following:

1. Debtors hereby increase their plan payment to the standing Chapter 13 Trustee to $2,100.00 from all future earnings.

2. All other provisions of Debtor's Chapter 13 plan remain the same.

Dated: 06/12/2018

Respectfully submitted,
WM Law

/s/ Errin P. Stowell
Errin P. Stowell MO 70499
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909
Fax (913) 428-8549
bankruptcy@wagonergroup.com
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on Tuesday, June 12, 2018 by providing an electronic copy to Richard V. Fink, Chapter 13 Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

/s/ Errin P. Stowell